UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF
FLORIDA MIAMI DIVISION

CASE NO. 24-22142-CIV-GAYLES/SHAW-WILDER

FANNY B. MILLSTEIN and
MARTIN KLEINBART,

      Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

      Defendant.

_____/

## NOTICE OF ZOOM DISCOVERY HEARING

Please take notice that on October 31, 2025, at 1:00 p.m., the following discovery matter has been set to be heard via Zoom before United States Magistrate Judge Detra Shaw-Wilder:

The parties dispute whether Defendant Wells Fargo Bank, N.A. ("Wells Fargo") must produce screenshots from its software tracking certain life insurance policies and related documents in response to Plaintiff's First Request for Production of Documents to Wells Fargo.[1]

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues but has been unable to resolve the issues.

Dated: October 9, 2025.                   Respectfully submitted,

                                                              BUCKNER + MILES
                                                              *Counsel for Plaintiffs and the Class*
                                                              2020 Salzedo Street, Ste. 302
                                                              Coral Gables, Florida 33134

---

[1] The parties are engaged in on-going efforts to address and narrow discovery issues in this case as they develop, and this issue has come to impasse in the parties' continuing electronic communications memorializing those efforts.

Tel.: (305) 964-8003
Fax: (786) 523-0585

/s/Seth Miles_____
**Seth Miles, Esq.**
Fla. Bar No. 385530
seth@bucknermiles.com
**David M. Buckner, Esq.**
Fla. Bar No. 60550
david@bucknermiles.com
**Brett E. von Borke, Esq.**
Fla. Bar No. 0044802
vonborke@bucknermiles.com

SALLAH ASTARITA & COX, LLC
*Counsel for Plaintiffs and the Class*
One Boca Place
2255 Glades Rd., Ste. 300E
Boca Raton, FL 33431
Tel.: (561) 989-9080
Fax: (561) 989-9020

**James D. Sallah, Esq.**
Fla. Bar No. 0092584
jds@sallahlaw.com
**Joshua A Katz, Esq.**
Fla. Bar No. 0848301
jak@sallahlaw.com

SILVER LAW GROUP
*Counsel for Plaintiffs and the Class*
11780 W. Sample Road
Coral Springs, FL 33065
Tel.: (954) 755-4799
Fax: (954) 755-4684

**Scott L. Silver, Esq.**
Fla. bar No. 095631
ssilver@silverlaw.com
**Ryan A. Schwamm, Esq.**
Fla. Bar No. 1019116
rschwamm@silverlaw.com
**Peter M. Spett, Esq., Of Counsel**
Fla. Bar No. 0088840
pspett@silverlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on October 9, 2025, on all counsel or parties of record on the Service List below.

                /s/ Seth Miles
                Seth Miles, Esq., FBN 385530
                seth@bucknermiles.com

**SERVICE LIST**

Nellie E. Hestin, Esq.
Mark W. Kinghorn, Esq.
Jarrod D. Shaw, Esq.
Eric G. Olshan, Esq.
McGuire Woods, LLP
260 Forbes Avenue, Suite 1800
Tower Two-Sixty
Pittsburgh, Pennsylvania 15222
nhestin@mcguirewoods.com
mkinghorn@mcguirewoods.com
jshaw@mcguirewoods.com
eolshan@mcguirewoods.com

William O. L. Hutchinson
Zachary L. McCamey
McGuire Woods, LLP
201 North Tryon Street, Suite 3000
Charlotte, North Carolina 28202
whutchinson@mcguirewoods.com
zmccamey@mcguirewoods.com

Emily Yandle Rottmann, Esq.
McGuireWoods LLP
50 N. Laura Street, Suite 3300
Jacksonville, Florida 32202
erottmann@mcguirewoods.com

*Counsel for Wells Fargo Bank, N.A.*